# The Law Offices of Jason Goldman

275 Madison Avenue, 35th Floor
New York, New York 10016
www.jasongoldmanlaw.com

Jason Goldman, Esq.                              p. 212.466.6617
Principal Attorney                               f.  212.931.6328
Admitted in NY & NJ                              e. jg@jasongoldmanlaw.com

May 14, 2025

*VIA ECF*:
Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Re:    *United States of America v. Jose A. Then-Prado,* 09-CR-385 (RWS) (S.D.N.Y.)
>        **Letter Motion to Unseal Documents**

Dear Judge Otken:

I represent defendant Jose Then-Prado and write on behalf of Mr. Prado to request an Order to Unseal the transcript and minute entry of Mr. Prado's change of plea hearing. *See* ECF No. 44. The reason for this request is that I have been retained by Mr. Prado as it relates to his previously entered plea and current immigration consequences which have resulted from his conviction. I have conferred with the government, by AUSA Joseph Zabel, who consents to this request so long as the materials are only unsealed for undersigned counsel, which we are amenable to.

I remain available for a conference should the Court deem one to be necessary.

Respectfully,

Granted. The transcript and minute entry of Mr.
Prado's change-of-plea hearing are hereby unsealed
only to the extent that they shall be available to Mr.
Prado's counsel, Jason Goldman, Esq.
  So ordered: 5/15/2025

*s/ Jason Goldman*
Jason Goldman, Esq.

J. PAUL OETKEN
United States District Judge